FILED

2020 SEP -4 AM 11:41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER  |
|---|---|
| PLAINTIFF(S) | 4:19-CR-00114-DN-PK |
| v. | |
| ABRAHAM MAGANA | DECLARATION RE OUT-OF-DISTRICT WARRANT |
| DEFENDANT(S). | |

The above-named defendant was charged by: ARREST WARRANT
in the SALT LAKE DISTRICT    District of _____ on 07/27/2020
at 08:00    ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 07/27/2020
in violation of Title 18 _____ U.S.C., Section(s) 3148
to wit: PRETRIAL VIOLATION

A warrant for defendant's arrest was issued by: _____

Bond of $ NONE _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                Date

_____          ZULMA MACHADO
Signature of Agent                Print Name of Agent

USMS                              DSO
Agency                            Title